JOSEF FEINSTEIN and Another, Respondents, v. PHILIP KOSSIN, Appellant.— Motion for leave to appeal to the Court of Appeals denied. Present — Kelly, P. J., Jaycox, Manning, Young and Kapper, JJ.

A. LUGAR FINLAY, Appellant, v. DOROTHEA BLODGETT FINLAY, Respondent.— Motion for leave to appeal to the Court of Appeals granted. Present — Kelly, P. J., Jaycox, Manning, Young and Kapper, JJ.

GEORGE FOLEY, Respondent, v. KENN-WELL CONTRACTING COMPANY, Appellant.— Motion for stay denied, without costs. Present — Kelly, P. J., Jaycox, Manning, Young and Kapper, JJ.

JACOB KAPOSSKY, Respondent, v. WILLIAM T. BERRY and Others, Individually and as Copartners, etc., Appellants.— Motion to amend judgment granted. Present — Kelly, P. J., Jaycox, Manning, Young and Kapper JJ. Settle order on notice.

JOHN McCANN, Appellant, v. AMERICAN OXYGEN MACHINERY CORPORATION and Another, Respondents.— Motion to dismiss appeal denied, on condition that appellant perfect the appeal for the May term, 1925 (for which term this case is set down), and be ready for argument when reached; otherwise, motion granted, with ten dollars costs. Present — Kelly, P. J., Jaycox, Manning, Young and Kapper, JJ.

PERLEY MORSE and Another, Copartners, etc., Respondents, v. WORLD MUTUAL AUTOMOBILE CASUALTY INSURANCE COMPANY, INC., Appellant.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied. Stay continued for thirty days to enable appellant to apply to Court of Appeals. Present — Kelly, P. J., Jaycox, Manning, Young and Kapper, JJ.

BERTHOLD NAGY, Respondent, v. ARCAS BRASS & IRON COMPANY, INC., Appellant.— Motion for leave to appeal to the Court of Appeals denied. Present — Kelly, P. J., Jaycox, Manning, Young and Kapper, JJ.

MAX I. PERMAN, Respondent, v. SAMUEL TEITELBAUM and Another, Appellants. —Motions to dismiss appeals from orders granted, without costs. Motion to dismiss appeal from judgment denied, without costs. Present — Kelly, P. J., Jaycox, Manning, Young and Kapper, JJ.

JACOB RUDEN and Another, Copartners, etc., Appellants, v. LOUIS SALTZMAN, Respondent.— Motion to dismiss appeal denied on condition that appellants perfect the appeal for the May term, 1925 (for which term this case is set down), and be ready for argument when reached; otherwise, motion granted, with ten dollars costs. Present — Kelly, P. J., Jaycox, Manning, Young and Kapper, JJ.

JAMES WILSON, Respondent, v. LILLIAN WILSON and Another, Appellants.— Motion for leave to appeal to the Court of Appeals denied. Present — Kelly, P. J., Jaycox, Manning, Young and Kapper, JJ.

ARMIN BENCOE, Respondent, v. ROBERT E. McDONNELL and Others, Appellants. — Order modified to the extent of providing that the plaintiff may have until May fifteenth next in which to conclude the examination; that at least two sessions of the reference be held each week; and that within five days from the conclusion of the reference he make and file definite and certain objections to the account. As so modified, the order is affirmed, without costs. No opinion. Kelly, P. J., Jaycox, Manning, Young and Kapper, JJ., concur.